IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :
                                  :
                                  :
       v.                         :     Crim. No. 09-902 (DRD)
                                  :
                                  :     Honorable Dickinson R. Debevoise
IVAN ARIAS,                       :
                                  :     CONSENT ORDER
       Defendant.                 :

THIS MATTER having come before the Court upon the application of defendant Ivan Arias (Candace Hom, Assistant Federal Public Defender, appearing), who is currently in federal custody at Essex County Correctional Facility, for an Order directing that he be taken to a hospital (other than East Orange General Hospital) for evaluation, diagnosis and treatment; and the Court having considered Mr. Arias's submission; and the government (Zahid Quraishi, Assistant United States Attorney, appearing), having no objection; and for good cause shown,

IT IS on this __4th__ day of __January__, 20_10_, hereby

ORDERED that defendant Ivan Arias be taken to a hospital (other than East Orange General Hospital) for examination, diagnosis, and treatment as soon as possible; and

IT IS FURTHER ORDERED that the results of any examination or evaluation, diagnosis, and the resulting course of treatment be forwarded to counsel for Mr. Arias soon thereafter.

_____
HONORABLE DICKINSON R. DEBEVOISE
UNITED STATES DISTRICT JUDGE